ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey 08625
Attorney for Defendant,
 Director, Division of Taxation

By: Gregory L. Van Dyck (03724-1990)
    Deputy Attorney General
    (609) 376-2870
    Email: gregory.vandyck@law.njoag.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>KHASHAYAR VOSOUGH,<br><br>    Debtor. | Chapter 7<br><br>Case No. 14-28095<br><br>Judge: Hon. Rosemary Gambardella |
| CHARLES A. STANZIALE, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>VALLEY NATIONAL BANK, et al.,<br><br>    Defendants. | Adv. Pro. No. 15-1068<br><br>Judge: Hon. Stacey Meisel |

**NEW JERSEY DIVISION OF TAXATION'S NOTICE OF CROSS APPEAL**

Notice is hereby given that the State of New Jersey, on behalf of the New Jersey Division of Taxation ("Taxation"), a creditor/claimant party in interest in the above-captioned

bankruptcy case and defendant in the above-captioned adversary proceeding, hereby cross appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of New Jersey from the Opinion (Dkt. No. 79) and the Order Determining Priority of Liens Between the New Jersey Division of Taxation and Internal Revenue Service (Dkt. No. 80), both entered on September 23, 2021. See Exhibits A & B attached hereto.  The names of the parties to the Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. State of New Jersey       Represented by:    Gregory L. Van Dyck
   Division of Taxation                         Deputy Attorney General
                                                25 Market Street
                                                P.O. Box 119
                                                Trenton, NJ 08625-0119
                                                Tel: (609) 376-2870

2. United States/IRS         Represented by:    Joseph Hunsader
                                                U.S. Department of
                                                Justice, Tax Division
                                                P.O. Box 227
                                                Ben Franklin Station
                                                Washington, DC 20044
                                                Tel: (202) 514-0472

3. Charles A. Stanziale      Represented by:    Jeffrey T. Testa
   Chapter 7 Trustee                            Daniel R. Seaman
                                                McCarter & English
                                                100 Mulberry Street
                                                Newark, NJ 07102
                                                Tel: (973) 639-7939

Dated: October 20, 2021    Respectfully submitted,

                                              ANDREW J. BRUCK
                                              ACTING ATTORNEY GENERAL OF NEW JERSEY

                                  By:  /s/ Gregory L. Van Dyck
                                              Gregory L. Van Dyck
                                              Deputy Attorney General
                                              25 Market Street
                                              P.O. Box 119
                                              Trenton, New Jersey 08625
                                              Tel: (609) 376-2870
                                              Facsimile: (609) 777-3515
                                              E-mail: gregory.vandyck@law.njoag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, I filed the foregoing document:

NEW JERSEY DIVISION OF TAXATION'S NOTICE OF CROSS APPEAL

With the Court's ECF system that on the same day as filing serves all counsel of record entered into, or registered with, that ECF system.

/s/ Gregory L. Van Dyck
Gregory L. Van Dyck
Deputy Attorney General